**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Tyrone Ransom, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2011-193527

———————————

Appeal From Marion County
Howard P. King, Circuit Court Judge

———————————

Unpublished Opinion No. 2014-UP-314
Submitted June 1, 2014 – Filed August 6, 2014

———————————

**APPEAL DISMISSED**

———————————

Chief Appellate Defender Robert Michael Dudek, of
Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant
Deputy Attorney General David A. Spencer, both of
Columbia, for Respondent.

———————————

**PER CURIAM:**  Petitioner's direct appeal is dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and SHORT and GEATHERS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.